☒     **New Matter**

☐     **Amendment Relating to a Pending Matter**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE: FRESENIUS** | § | **MDL NO. 1:13-MD-2428-DPW** |
| **GRANUFLO/NATURALYTE DIALYSATE** | § | |
| **PRODUCTS LIABILITY LITIGATION** | § | |
| | § | **SHORT-FORM COMPLAINT** |
| **This Document Relates to:** | § | **AND DEMAND FOR JURY** |
| | § | **TRIAL** |
| *Branson et al. v. Fresenius, et al.* | § | |
| | § | |

The Plaintiff(s) named below file this *Short-Form Complaint* against the Defendants named below and incorporate *The Master Complaint and Jury Demand* filed in MDL No. 2428 by reference. Plaintiff selects and indicates by checking-off where requested, those products, Parties and claims that are specific to his or her case.  Plaintiffs (s) further allege as follows:

1.     Plaintiff _Gregory Branson_____

2.     Plaintiff's Spouse (*if applicable*)__Dorothy Branson_____

3.     Other Plaintiff and capacity, if applicable (*i.e.,* administrator, executor, guardian, conservator, etc.) Dorothy Branson as Anticipated Personal Representative of the Estate of Gregory Branson

4.     State of Residence___Illinois_____

5a.     ☒     By checking here, I choose Massachusetts as the "home" forum.

5b.     If you did not chose Massachusetts as the "home" forum, identify the United States District Court and Division in which venue would be proper absent direct filing_____Southern District of Illinois, East St. Louis Division_____

6.     Defendant(s):[1]

☒      FRESENIUS MEDICAL CARE HOLDINGS, INC.

☒      FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS
MEDICAL CARE NORTH AMERICA

☒      FRESENIUS USA, INC.

☒      FRESENIUS USA MANUFACTURING, INC.

☒      FRESENIUS USA MARKETING, INC.

☒      FRESENIUS USA SALES, INC.

☒      FRESENIUS MEDICAL CARE AG & CO. KGaA.

☒      FRESENIUS MEDICAL CARE MANAGEMENT AG.

☒      FRESENIUS SE & CO. KGaA.

☒      FRESENIUS MANAGEMENT SE.

☐      Other _____

7.     Basis of Jurisdiction

☒      Diversity of Citizenship

☐      Other: _____

Other allegations of jurisdiction and venue:

_____
_____
_____
_____

8.     On or about __8/8/12_____, Plaintiff had the following injury:

Heart attack, cardiopulmonary arrest, and death

which is alleged to have been caused by Defendants NaturaLyte and/or GranuFlo
administered to Plaintiff for dialysis treatment at:

_____

[1] If additional Counts and/or Counts directed to other Defendants are alleged, the specific facts supporting these allegations must be pleaded by the Plaintiff in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to the *Short Form Complaint.*

2

Memorial Hospital
4500 Memorial Drive
Belleville, IN 62226

9. The following claims asserted in *The Master Complaint and Jury Demand*, and the allegations with regard thereto, are herein adopted by reference:

⊠    Count I –       STRICT LIABILITY

⊠    Count II –      NEGLIGENT FAILURE TO WARN

⊠    Count III –     NEGLIGENT DESIGN

⊠    Count IV –      NEGLIGENCE

⊠    Count V –       NEGLIGENT MISREPRESENATION

⊠    Count VI –      BREACH OF IMPLIED WARRANTY OF
                      MERCHANTABILITY

⊠    Count VII –     BREACH OF IMPLIED WARRANTY OF FITNESS FOR
                      PARTICULAR PURPOSE

⊠    Count VIII –    BREACH OF EXPRESS WARRANTY

⊠    Count IX –      FRAUD

⊠    Count X –       VIOLATION OF CONSUMER PROTECTION LAWS

⊠    Count XI –      LOSS OF CONSORTIUM

⊠    Count XII –     WRONGFUL DEATH

⊠    Count XIII –    SURVIVAL ACTION

☐    Other Count(s) (*See* FN 1)

10. Plaintiff asserts the following additional theories against the Defendants identified in Paragraph 6 above (*See* FN 1):

| |
|---|
| |
| |
| |

3

11.     Plaintiff asserts the following additional theories against Defendants other than
        those identified in Paragraph 6 above (*See* FN 1):

|  |
|---|
|  |
|  |
|  |

      **WHEREFORE**, Plaintiffs pray for relief as set forth in *The Master Complaint and Jury*

*Demand* filed in MDL No. 2428.

Date: July 15, 2014

/s/ Kirk J. Goza_____
Kirk Goza MO Bar# 32475
Mary Winter MO Bar # 38328
Anne Tarvin MO Bar #65405

Bartimus, Frickleton, Robertson &
Goza, P.C.
11150 Overbrook Road, Suite 200,
Leawood, Kansas 66211
P: (913) 266-2300
F: (913) 266-2300
kgoza@bflawfirm.com
marywinter@earthlink.net
atarvin@bflawfirm.com

*Attorneys for Plaintiff(s)*

4